**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

GEORGE EDDIE CARTER                         CIVIL ACTION NO. 25-0958

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

TACO BELL, ET AL.                           MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections have been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 29th day of January, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE